FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2000

at ____ o'clock and ____ min ____ M.
WALTER A.Y.H. CHINN, CLERK

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00 00480 |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| APELU PATU, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

On or about December 7, 2000, within the District of Hawaii, APELU PATU did knowingly and intentionally possesses with intent to distribute and distribute cocaine, a Schedule II controlled substance.

/ / /

/ / /

/ / /

/ / /

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: ___Dec 20___, 2000 at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Apelu Patu
"Indictment"

2